# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO: 1:19-cv-02243-KMT

CARLOS BRITO,

    Plaintiff,

v.

DILLARD STORE SERVICES, INC.,
a Foreign Corporation,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO and Defendant, DILLARD STORE SERVICES, INC., by and through their respective attorneys, submit this Joint Notice of Settlement as follows:

1. On November 26, 2019, the Parties reached a settlement wherein they have agreed to resolve the dispute that gave rise to this action.

2. The Parties have agreed that they will file a stipulated Motion for Dismissal with Prejudice within thirty (30) days of this Notice.

3. Therefore, the Parties request that the Court stay all pending deadlines in this matter.

Dated this 3rd day of December, 2019.

By: */s/Anthony J. Perez*
ANTHONY J. PEREZ
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway, Suite 1600
Denver, CO 80202
Telephone: (303) 386-7208
Facsimile: (305) 553-3031
Primary Email: ajperez@lawgmp.com;
Secondary E-Mail: aquezada@lawgmp.com;
ddunn@lawgmp.com
*Attorneys for Plaintiff*

By: */s/ Jennifer S. Rusie*
JENNIFER S. RUSIE
Ogletree Deakins Nash Smoak & Stewart PC-Nashville
401 Commerce Street, Suite 1200
Nashville, TN 37219
Telephone: (615) 254-1900
Facsimile: (615) 254-1908
Email: jennifer.rusie@ogletreedeakins.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 3rd day of December, 2019.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway, Suite 1600
Denver, CO 80202
Telephone: (303) 386-7208
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com;
Secondary E-Mail: aquezada@lawgmp.com;
ddunn@lawgmp.com


By: */s/ Anthony J. Perez*
      ANTHONY J. PEREZ

2