UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO: 1:19-cv-02243-KMT

CARLOS BRITO,

 Plaintiff,

v.

DILLARD STORE SERVICES, INC.,
a Foreign Corporation,

 Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

 Plaintiff, CARLOS BRITO and Defendant, DILLARD STORE SERVICES, INC., having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Dated: March 10, 2020.

          By: */s/Anthony J. Perez*
            ANTHONY J. PEREZ

          GARCIA-MENOCAL & PEREZ, P.L.
          1600 Broadway, Suite 1600
          Denver, CO 80202
          Telephone: (303) 386-7208
          Facsimile: (305) 553-3031
          Primary Email: ajperez@lawgmp.com;
          Secondary E-Mail: aquezada@lawgmp.com;
          ddunn@lawgmp.com
          *Attorneys for Plaintiff*

          By: */s/ Jennifer S. Rusie*
            JENNIFER S. RUSIE

          OGLETREE DEAKINS NASH SMOAK &
          STEWART PC-NASHVILLE
          401 Commerce Street, Suite 1200
          Nashville, TN 37219
          Telephone: (615) 254-1900
          Facsimile: (615) 254-1908

Email: jennifer.rusie@ogletreedeakins.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 10th, day of March, 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway, Suite 1600
Denver, CO 80202
Telephone: (303) 386-7208
Facsimile: (305) 553-3031
Primary Email: ajperez@lawgmp.com;
Secondary E-Mail: aquezada@lawgmp.com;
ddunn@lawgmp.com
*Attorneys for Plaintiff*

By:  */s/ Anthony J. Perez*____
       ANTHONY J. PEREZ
       Florida Bar No.: 535451
       BEVERLY VIRUES
       Florida Bar No.: 123713